CRO 7976

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Nancy Beatriz ORTEGA Olazagasti,<br>Defendant. | Case No.: 26mj5039<br>COMPLAINT FOR VIOLATION OF<br>Title 21 U.S.C §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 26, 2026, within the Southern District of California, defendant, Nancy Beatriz ORTEGA Olazagasti, did knowingly and intentionally import 500 grams and more, to wit: approximately 69.60 kilograms (153.44 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Ishmael Selga
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 27th day of August 2026.

Honorable Brian J. White
United States Magistrate Judge

# STATEMENT OF FACTS

On August 26, 2026, at approximately 10:43 AM, Nancy Beatriz ORTEGA Olazagasti, ("ORTEGA"), a citizen of Mexico, applied for entry into the United States from Mexico through the Tecate POE in vehicle lane #2. ORTEGA was the driver, sole occupant, and registered owner of a 2020 Nissan Rogue ("the vehicle") bearing Mexican license plates.

A CBPO operating the Low Energy Portal (LEP) inspection machine detected anomalies beneath both the driver and passenger side floorboards of the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from ORTEGA. The vehicle was referred to secondary for further inspection due to the LEP anomalies.

The CBPO asked ORTEGEA if she was bringing anything from Mexico to the United States for anyone else, she said no. The CBPO asked ORTEGA if anyone had asked her to take anything back into Mexico from the United States, she said no. The CBPO asked ORTEGA if her vehicle had been out of her possession in the last three days, she said no.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the undercarriage of the vehicle.

Further inspection of the vehicle resulted in the discovery of 30 packages concealed in the non-factory compartment under the floor of the driver side and passenger side seats of the vehicle, with a total approximate weight of 69.60 kgs (153.44 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of Methamphetamine.

ORTEGA was placed under arrest at approximately 12:26 PM.

During a post-Miranda interview, ORTEGA denied knowledge that the narcotics were in the vehicle. ORTEGA stated that she was crossing into the United States to go shopping and to Home Depot for home renovations.

ORTEGA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.